**Opinion issued July 26, 2012**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-10-01023-CV

————————————

**SOLIZ AUTOMOTIVE, INC., Appellant**

**V.**

**RENE BACA AND ORFA SANCHEZ, Appellees**

On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2009-71829

## MEMORANDUM OPINION

Appellant has filed an unopposed motion to dismiss the appeal. No opinion has issued. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Higley, Sharp, and Huddle.